

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES ARTHUR WELLS, | § | No. 08-23-00098-CR |
| Appellant, | § | Appeal from the |
| v. | § | 104th Judicial District Court |
| THE STATE OF TEXAS, | § | of Taylor County, Texas |
| Appellee. | § | (TC# CR23133-B) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore modify the trial court's Judgment of Conviction for the aggravated assault to delete the imposition of $100 fine, the $260 reimbursement fee, and the $290 court costs. We otherwise affirm the judgment as modified. We affirm the Judgment of Conviction for the intoxication manslaughter, including the assessment of the reimbursement fee and court costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF DECEMBER 2023.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.